No. State 141. STATE, Respondent, v. WENZEL, Appellant.

(Also reported in 223 N. W. 2d 688.)

Criminal law. Narcotics and dangerous substances. Possession with intent to deliver. Quantity, value, and form of substance possessed. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *Donald S. Eisenberg, Joseph K. Kuemmel* and *Donald S. Eisenberg & Associates,* all of Madison, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.